# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

IN RE:  Leah H. Hurston                                )          Chapter 13
                                                       )          Case No. 18 B 03382
          Debtor(s)                                    )          Judge Timothy A Barnes

## Notice of Motion

Leah H. Hurston                                        Debtor Attorney: David M Siegel
20150 Dolphin Ave.                                     via Clerk's ECF noticing procedures
Lynwood, IL  60411


On April 26, 2018 at 10:30 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 744
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Thursday, April 19, 2018.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case For Unreasonable Delay

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1.  Debtor(s) filed for Chapter 13 on 02/07/2018.

2.  The debtor(s) have failed to provide an Affidavit of Compliance.

3.  The debtor(s) have failed to provide to the Trustee a copy of the Federal income tax return (or transcript thereof) for the four years preceding the filing of the petition.

4.  The debtor(s) have failed to maintain payments to the Trustee's office as required under 11 U.S.C. §1326.

5.  The debtor(s) have failed to attend one  scheduled §341(a) meeting of the creditors

6.  The debtor(s) have failed to provide required identification and or social security documentation.

7.  The debtor(s) have failed to resolve the pending objection(s) to the plan.

8.  The debtor's failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.


Office of the Chapter 13 Trustee                       /s/ MARILYN O. MARSHALL
224 S Michigan Ave                                     MARILYN O. MARSHALL, TRUSTEE
Ste 800
Chicago, IL  60604
(312) 431-1300